**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WALTER MOORE**

**VS.** **C.A. NO. 03-33S**

**RHODE ISLAND BOARD OF GOVERNORS FOR HIGHER EDUCATION**

**STIPULATION OF DISMISSAL**

Upon consideration of a settlement conference held before U.S. Magistrate Judge Hagopian and by agreement of the parties, it is hereby stipulated that the instant action may be dismissed with prejudice, no interest, and no costs.

Attorney for Plaintiff(s),

Stephen Fanning, Esq.

Attorney for the Defendant(s),

Timothy Dodd, Esq.

Jeffrey Michaelson, Esq. # 3299

Louis Saccoccio, Esq. #0685

RECOMMEND ENTRY:

Jacob Hagopian
Senior U.S. Magistrate Judge

Date: 24 May 05

SO ORDERED:

William E. Smith
U.S. District Judge

ENTERED:

6/13/05